UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   00Civ. 1540 (JG)(RLM)

                Plaintiff,       JUDGMENT
                                      (CARLOS MARQUEZ)

      - against -

DINA MAYER, et al.

                Defendants.
----------------------------------------------------------X

An Order of the Honorable John Gleeson, United States District Judge, having been executed on September 25, 2005; with no objections having been filed; adopting the September 5, 2002, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, entering Judgment against defendant Carlos Marquez in the amount of $10,825.00, comprised of $10,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $825.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the September 5, 2002, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Carlos Marquez in the amount of $10,825.00, comprised of $10,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $825.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      September 22, 2005

                                                      s/Robert C. Heinemann
                                                      **Robert C. Heinemann**
                                                      **Clerk of the Court**