UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

00Civ. 1540 (JG)(RLM)

Plaintiff,

**JUDGMENT
(DINA MAYER)**

- against -

DINA MAYER, et al.

Defendants.
-----------------------------------------------------------X

An Order of the Honorable John Gleeson, United States District Judge, having been executed on September 25, 2005; with no objections having been filed; adopting the September 5, 2002, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, entering Judgment against defendant Dina Mayer in the amount of $6,825.00, comprised of $6,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $825.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the September 5, 2002, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Dina Mayer in the amount of $6,825.00, comprised of $6,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $825.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

September 22, 2005

s/Robert C. Heinemann
_____
**Robert C. Heinemann
Clerk of the Court**